UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-mj-530 (BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DETENTION** |
| | ) |
| SHAMIR NATHANN BLACK, | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court on June 30, 2022, for a preliminary and detention hearing. The defendant appeared in custody and was represented by Ian Birrell. The defendant appeared remotely via Zoom and waived his right to an in-person hearing. The United States was represented by Assistant United States Attorney Bradley M. Endicott.

The defendant is charged by federal complaint alleging a single count of carjacking in violation of Title 18, United States Code, Section 2119. Special Agent Jacquelyn Rosenow. Based on the testimony of Special Agent Rosenow, the Court finds that the complaint is supported by probable cause.

As for the issue of detention, the Court finds that the government has met its burden to establish risk of flight and danger to the community. The nature and circumstances of the offense involves the use of a firearm during the violent assault of two victims. The history of the defendant also supports the government's detention motion. According to the pretrial services report, the defendant has a mixed history while on probation and pretrial release. On one hand, the defendant's juvenile probation officer reported the

defendant did well on probation and participated in a court ordered program until March 2022. However, the defendant was serving a probationary sentence and was also on pretrial release pending other felony charges when the alleged carjacking occurred. The commission of new and violent criminal activity while under supervision is probative of the unlikelihood that the defendant will comply with future conditions of release or appear for court later. The defendant has also exhibited a pattern of fleeing the police and being close to other guns.

Upon consideration of the entire record before the Court, and the factors listed in 18 U.S.C. § 3142(g), the Court concludes by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community if the defendant is released pending trial. The Court further concludes by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required at future Court proceedings. Accordingly, the Court grants the United States' motion for detention.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention is GRANTED;

2. The defendant is committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: June 30, 2022

<u>s/Becky R. Thorson</u>  
BECKY R. THORSON  
United States Magistrate Judge